# UNITED STATES DISTRICT COURT
for the

District of Maryland ▼

_____ Division

| | | |
|---|---|---|
| Jared Hester | ) | Case No. **TDC 22CV0128** |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | ) | \_\_\_\_ FILED   \_\_\_\_ ENTERED |
| | ) | \_\_\_\_ LOGGED   \_\_\_\_ RECEIVED |
| Prince George's County Public Schools<br>Shauna Battle Esq., in her official capacity<br>Amana Simmons Esq., in her official capacity<br>Andrew Brauer, in his official capacity | ) | JAN 1 4 2022<br>AT GREENBELT<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND |
| *Defendant(s)* | ) | BY NIGHT DROP BOX  DEPUTY |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jared Hester |
| Street Address | 9710 Belvedere Pl |
| City and County | Silver Spring, Montgomery County |
| State and Zip Code | Maryland, 20910 |
| Telephone Number | (202) 430-2491 |
| E-mail Address | jrdhester@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Prince George's County Public Schools |
| Job or Title (if known) | |
| Street Address | Sasscer Administration Bldg, 14201 School Lane |
| City and County | Upper Marlboro, Prince George's |
| State and Zip Code | Maryland, 20772 |
| Telephone Number | (301) 952-6000 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Shauna Battle, Esq. |
| Job or Title (if known) | Senior Hearing Administrator |
| Street Address | Sasscer Administration Bldg, 14201 School Lane |
| City and County | Upper Marlboro, Prince George's |
| State and Zip Code | Maryland, 20772 |
| Telephone Number | (301) 952-6195 |
| E-mail Address (if known) | appeals.office@pgcps.org |

Defendant No. 3

| | |
|---|---|
| Name | Amana Simmons, Esq. |
| Job or Title (if known) | Hearing Administrator (EEO Advisor during time of complaint) |
| Street Address | Sasscer Administration Bldg, 14201 School Lane |
| City and County | Upper Marlboro, Prince George's |
| State and Zip Code | Maryland, 20772 |
| Telephone Number | (301) 952-6156 |
| E-mail Address (if known) | appeals.office@pgcps.org |

Defendant No. 4

| | |
|---|---|
| Name | Andrew Brauer |
| Job or Title (if known) | Principal of the Middle School, CMIT Academy North |
| Street Address | 6100 Frost Place |
| City and County | Laurel, Prince George's |
| State and Zip Code | Maryland, 20707 |
| Telephone Number | (301) 350-6051 |
| E-mail Address (if known) | andrew.brauer@pgcps.org |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Chesapeake Math & IT Academy North Middle and High School |
| Street Address | 6100 Frost Place |
| City and County | Laurel, Prince George's |
| State and Zip Code | Maryland, 20707 |
| Telephone Number | (301) 350-6051 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[4] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☒ Other acts *(specify)*: Harassment and discrimination, failure to investigate claim

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
March 2017 - October 2019

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race — Multiracial
- ☐ color
- ☒ gender/sex — Gender Stereotypes and Sexuality
- ☒ religion — Judaism, Non-Christian
- ☒ national origin — Misperceived as Mexican
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Andrew Brauer harassed me verbally, physically, and sexually, and ignored my complaints about students harassing me verbally and physically on the basis of my sexual orientation and gender stereotypes. He failed to respond to an online death threat that a student made against me for being gay and Jewish. He harassed a colleague who speaks English as a second language by mocking his manner of speaking in front of me. He deducted points from my professional evaluation for responding to a student's negative blanket statement about African Americans. Amana Simmons and Shauna Battle failed to invesitgate these claims when I filed formal complaints with their offices. PGCPS failed to provide a harassment and discrimination-free work environment for gay people. (Pages attached.)

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
October 30, 2018

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 11/02/2021 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking lost wages, damages for emotional distress, and punitive damages. I requesting the highest amounts that I think would be reasonable for the damage I suffered. For lost wages, I am seeking $100,000. This is equivalent to two year's worth of my salary. I am requesting this amount because it was two years before I found comparable-paying work, despite my best efforts. For emotional distress, I am seeking $200,000. This is because I have experienced life-altering negative effects of being harassed and losing my job, including being diagnoses with PTSD and Anxiety Disorder, having an already-present Bipolar Disorder aggravated, being homeless, living in sub-standard housing where I received multiple death threats, losing self-confidence, and experiencing a reduced quality of life. For punitive damages, I am seeking $200,000.00 or the maximum available for PGCPS blatant disregard for the safety of LGBT members of its staff, as shown by this and other complaints.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   01/13/2021

Signature of Plaintiff

Printed Name of Plaintiff   Jared Hester

### B. For Attorneys

Date of signing:

Signature of Attorney   Pro se

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address   9710 Belvedere Pl

State and Zip Code   Silver Spring, Maryland 20910

Telephone Number   (202) 430-2491

E-mail Address   jrdhester@gmail.com