UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JARED HESTER,

    Plaintiff,

    v.

BOARD OF EDUCATION OF PRINCE
GEORGE'S COUNTY PUBLIC SCHOOLS,

    Defendant.

Civil Action No. TDC-22-0128

**ORDER**

On January 14, 2022, Plaintiff Jared Hester filed a Complaint for employment discrimination against Prince George's County Public Schools, Shauna Battle, Esq., Amana Simmons, Esq., and Andrew Bauer. On February 8, 2022, Hester amended the Complaint by naming the Board of Education of Prince George's County Public Schools as the sole Defendant. Thus, the Clerk shall be directed to amend the docket accordingly.

Hester paid the filing fee and presented summons to the Clerk for signature and seal, pursuant to Federal Rule of Civil Procedure 4(b). Hester bears the responsibility for effecting service of process on Defendant. To do so, Hester must serve a copy of the appropriate summons and the Complaint on Defendant. In light of the delay in the issuance of this service Order, for which Hester is not responsible, Hester will be granted 90 days from the date of this Order to serve the Defendant.

To effect service upon a state, municipal corporation, or other state-created governmental organization, Hester may deliver a copy of the summons and complaint to its chief executive officer; or by serving the summons and complaint in the manner prescribed by the law of the state

for the service of summons or other like process upon any such Defendant. Fed. R. Civ. P. 4(j). Maryland Rule 2-124(l) governs service on an officer or agency of a local government; Maryland Rule 2-124(j) governs service of process on the State of Maryland; and Maryland Rule 2-124(k) governs service of process on an officer or agency of the State of Maryland. Both LexisNexis and Westlaw provide free public access to the Maryland Rules

Hester is reminded that, under Federal Rule of Civil Procedure 4(l), once service has been completed, the person effectuating service of the Summons and the Complaint must promptly notify the Clerk through an affidavit. If Hester does not use a private process server to effect service, and instead uses certified mail, Hester must file with the Clerk the United States Postal Service acknowledgment as proof of service. Pursuant to Federal Rule of Civil Procedure 4(m) and Local Rule 103.8(a) (D. Md. 2021), if Hester has not provided the Court with proof of service by the 90-day deadline, the Court may enter an Order asking Hester to show cause why the claims should not be dismissed. If Hester fails to show cause by the deadline set in that Order, the Complaint shall be dismissed without prejudice.

Accordingly, it is hereby ORDERED that:

1. The Clerk shall AMEND the docket to reflect that the Board of Education of Prince George's County Public Schools is the sole Defendant.

2. The Clerk shall ISSUE summons and return summons to Hester.

3. Hester shall SERVE Defendant with the appropriate summons and the Complaint by **June 23, 2022**, 90 days after the date of this Order. If Hester fails to serve Defendant by that deadline, this case may be dismissed by the Court without prejudice.

4. Hester SHALL NOTIFY the Court of any changes to Hester's address during the pendency of this litigation. *See* D. Md. Local R. 102.1(b)(iii). Failure to do so may result in dismissal of this action without further notice from the Court.

5. The Clerk shall MAIL a copy of this Order to Hester

Date: March 25, 2022

THEODORE D. CHUANG
United States District Judge